No. 684. TIMOTHY McCARTHY ET AL., PETITIONERS, *v.* THE BUNKER HILL & SULLIVAN MINING & CONCENTRATING COMPANY ET AL. February 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. T. Stoll* and *Mr. W. C. Jones* for petitioners. *Mr. C. W. Beale* for respondents.

No. 694. HUGH R. HEALY, PETITIONER, *v.* THE SUN COMPANY, OWNER, ETC. February 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William J. Wallace* and *Mr. Frederick M. Brown* for petitioner. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for respondent.